# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced February 13, 2015

<u>THE MOTION TO STAY IN THE FOLLOWING CASE IS GRANTED</u>:

15-0113      IN RE CHESAPEAKE BARNETT ROYALTY LITIGATION

Defendants' Chesapeake Energy Corporation, et al.'s joint request for stay, filed February 11, 2015, is granted. All trial court proceedings and discovery in the cases listed in Appendix A of the Motion to Transfer are stayed until further order of the MDL Panel.